UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RON RICHARD GRODER,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | 1:26-cv-00348-JAW |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 30, 2026 her Recommended Decision (ECF No. 7). The Plaintiff filed his objection to the Recommended Decision on August 18, 2026 (ECF No. 8). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Magistrate Judge's Recommended Decision (ECF No. 7) is AFFIRMED. It is further ORDERED that the Plaintiff's Objection to the Recommended Decision is OVERRULED and the Plaintiff's Complaint (ECF No. 4-2) is DISMISSED without prejudice. The Social

Security Administration's Motion for an Order Directing Plaintiff to Effect Service of Process (ECF No. 6) is DISMISSED as moot.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September, 2026